UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:

Paul Williamson

Case No. 09-02799 -ALP
Chapter 13

Debtor(s)
_____/

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Effective this date, the Debtor(s) whose signature appears below hereby gives notice of their change of address as follows:

**OLD ADDRESS:**

1036 12th ave North
Naples FL 34102

(Debtor)     (Joint Debtor)

****************************************************************

**NEW ADDRESS:**

PO BOX 367028
Bonita Springs FL 34136

(Telephone Number)     (Telephone Number)

X Paul W.
SIGNATURE OF DEBTOR     SIGNATURE OF JOINT DEBTOR

DATE: 5-20-10     DATE: